IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT, GEORGIA

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

20 JUL 28 AM 9: 14

CLERK_____
SO. DIST. OF GA.

ZACHARY DARNELL BENNETT

        V.

PILGRIMS PRIDE; AND
BUCKLEY AND BEAL, LLP, Et.Al..

: No.:
:
:
: Civil Action **CV120- 108**
:
: JURY TRIAL DEMANDED

## COMPLAINT
### I. JURISDICTION

1.)  Jurisdiction is conferred upon this court pursuant to 42 U.S.C. §§ 2000e-2; and 3.

### II. PLAINTIFF

2..) Zachary Darnell Bennett, (hereinafter "Plaintiff"), of 6287 Harp Drive, Harlem, Ga., 30814, at all times relevant the plaintiff and injured party.

### III. DEFENDANT(S)

3.) Pilgrams,(hereinafter "Defendant"), of 898  Barbar Street, Athens, Ga., 30601, GA DOL# 292418-01,(706) 425-7500, hereinafter sued in their officicial and individual capacity; both jointly and severly;

4.) Buckley and Beal, LLC, Attorneys at Law,(hereinafter "Defendant(s)"), of 600 Peachtree Street, N.E., Ste. 3900, Atlanta, GA., 30908,(706) 471-3725, hereinafter sued in their official and individual capacity; both jointly and severly.

### IV. FACTS(S)

5.) On June 25, 2017, Plaintiff started employ with defendant Pilgrims.

6.) Plaintiff had perfect attendance and an exemplary work record, until necessity dictated medical procedures to correct injuries, sustained while in the employ of Pilgrim(s), [EX1] (3pg.s).

7.) On October 31,2017, Plaintiff, went out on leave for surgery to repair a hyernia,, and reported back to work ten (10) days later.

8.) On March 15, 2018, Plaintiff had to take a secondary subsequent medical leave of absence, under necessity, to repair the preexhisting medical conditions to date. Plaintiff appropriately requisitioned a Leave of Abscence, aprox. 13 day(s) prior to scheduled medical procedure, [EX2] (2pg.s).

9.) Plaintiff was in possession and had turned in Medical Excuses dated 3/15/18 until 4/25/18, at which a Medical Practioner had determined, Plaintiff could not return back to work until completely healed, [EX 3] (6pg.s).

10.) On June 29 2019, Plaintiff was seperated from employment with Pilgrims, Inc..

11.) Plaintiff(s) written contemporaneous Notes of Incident, and parties notified within Pilgrim(s) Employee, to notify said party, of medical excuse(s), and return to work upon Doctor's Medical Release, [EX 4], (3pg.'s).

12.) On August 6, 2019, Defendant Pilgram via their Human Relations Dept. issued a Seperation Notice on the primary basis of a Settlement,thus, wrongfully terminating Plaintiff's employ with Pilgrims, Inc.,[EX 5], (1pg).

13.) On Saturday, September 14 2019, a PPC-Settlement Agreement was emailed to plaintiff wholly unaware of the seperation notice, supra, and now enjoining defendants Buckley and Beal, in the instanst subject gravamen, of the instant complaint herein, [EX6](16p.g.'s).

14.) On Saturday, September 14 2019, Plaintiff, sought the private consult of Sovereign One Solutions, which in turn drafted and submitted Planitiff's formal response to the above, with his counter proffer, [EX 6].

15.) Plaintiff proffers evidence that none of his medicsl bills have been paid to date, by Pilgram(s) Sub-Contractor Vendor UNUM, [EX 7](20pg.'s).

## V. CLAIM(S)

16.) Defendant's engaged in a scheme to defraud Plaintiff of his antecedent 1, 5, 7, and 14th U.S. Constitutional rights by collusion, more fully detailed and described below.

17.) Defendant Pilgrim wrongfully seperated Plaintiff for exerting his U.S. Constitutional Rights to seek redress from the government for violations in the work place, in violation of Amend. 1, cl.5, of the U.S. Constitution, for seeking redress from the Equal Opportunity Employment Commission (E.E.O.C.), at Claim # 410-2018-08821 (the "Charge").

18.) Defentant Pilgrim retaliated against Plaintiff and seperated him from employment on the basis of obtaining a favorable settlement in his favor, against defendant Pilgrim in the form of a private settlement agreement, that was to be fully executed by Plaintiff.

19.) Defendant Pilgram without proper Legal Due Process, used Plaintiff(s) money that was invested in an IRA 401(k) Account, two (2) accrued Vacation Check(s), and attempted to have Plaintiff pay the IRS an alleged debt created by them.

20.) Defendant(s) Buckley and Beal, LLC. have enjoined themselves herein this subject gravamen, and the instant complaint, by Legal Malpractice.

21.) Defendant(s) Buckley and Beal, LLC, willfully foregone full disclosure in any and all settlements, agreements, and or contracts, on behalf of Plaintiff, and put Plaintiff's constitutional rights and injuries to the wayside for nothing more than corporate unjust enrichment.

22.) Defendant(s) colluded with each other to resolve any complaint in favor of each other, with each other standing to profit and or gain in said negotiations to the detriment and undisclosure of Plaintiff in any and all said matters herein.

23.) Plaintiff retained outside consultation once he believed something was not right, and he was being taken advantage of, [Exhibit 3].

24.) Defendant(s) were hoping that due to Plaintiff(s) ignorance of law, that their collusion to deprive Plaintiff's rights and grievances would have been silenced by said PPC-Settlement and Agreement submitted by defendant Buckley and Beal, LLC., foregoing any and all claims to date to the detriment of Petitioner, based on the colluded acts of the defendant(s) detailed and described herein the aforementioned paragraphs, in toto.

## VI. RELIEF

25.) Plaintiff requests a Trial in the instant matter to be trialable by Jury, in accord with the VII Amendment of the U.S. Constitution;

26.) An award of loss of employable gains and profits fron the Defendant(s), in the amount to be determined by a jury;

27.) Any and all pay, monies, IRA Investment(s), vacation pay involuntarily forfeited by Pilgrim(s), owed to plaintiff, now becoming due, and or in the arrears.

28.) All taxe(s) to be paid by Pilgrim(s), and/or Buckley and Beal, to be determined by this Court.

29.) An award of mental and emotional anguish suffered by Plaintiff due to Defendant(s) chicanery and scheme to defraud Plaintiff of his Constitutioinal Rights and Redress of grievances under law, to be determined by a jury;

30.) An award of pain and suffering due to the actions and conduct of the defendant(s) to against Plaintiff; and

31.) Any and all Attorney Costs and fees associated with prosecution of this Action

32.) Any and all further remedy this Honorable court deem just and prudent, in the interest of justice, as a matter of law.

## VII. VERIFICATION

I, Zachary Darnell Bennett, Petitioner, Pro-se, above-named, hereby verify that the foregoing is true and correct to the best of my information, knowledge, and belief, pursuant to 28 U.S.C.§1746.

Executed this     9th     day of February,   2020.A.D..

Zachary Darnell Bennett
Pro-se / Plaintiff
6287 Harp Drive
Harlem, Ga. 30814

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT, GEORGIA


ZACHARY DARNELL BENNETT                          : No.:
                                                 :
          V.                                     : Civil Action
                                                 :
PILGRIMS PRIDE; AND                              : JURY TRIAL DEMANDED
BUCKLEY AND BEAL, LLP, Et.Al..

CERTIFICATE OF SERVICE / PROCESS TO BE IN ACCORD WITH F.R.CIV.P. 3:

Original Service of Process shall be in Accord with F.R.Civ.P.3 to be served by U.S. Marshall, with return of Process USMF5.

**U.S.M.S. 285 (2) Completed and enclosed.**

I, Zachary Darnell Bennett, Petitioner, Pro-se, above-named, hereby verify that the foregoing is true and correct to the best of my information, knowledge, and belief, pursuant to 28 U.S.C.§1746.

Executed this    9th    day of  February,  2020.A.D..


                                          Zachary Darnell Bennett
                                             Pro-se / Plaintiff
                                             6287 Harp Drive
                                             Harlem, Ga. 30814

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Zachary Darnell Bennett
6287 Harp Drive
Harlem, GA. 30814

## DEFENDANTS
Pilgrams
898 Barbur St, Athens, GA. 30601
Buckley & Beal LLC
600 Peachtree St NE Ste. 3900, Atlanta, GA. 30908

**(b)** County of Residence of First Listed Plaintiff: Columbia
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Clarke County
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Pro-Se

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 460 Deportation |
| | | | | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☒ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC §§ 2000e-2,3 Unlawful employment practices, other unlawful practices

Brief description of cause:
Wrongful termination due to violation (s) of 42 USC §§ 2000e-2,3

## VII. REQUESTED IN COMPLAINT:
- ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ OPEN

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE: N/A
DOCKET NUMBER: N/A

DATE: 8-11-20

SIGNATURE OF ATTORNEY OF RECORD: Zachary Bennett

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____