IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ZACHARY DARNELL BENNETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 120-108 |
| | ) | |
| PILGRIMS PRIDE and BUCKLEY AND BEAL, LLP, | ) ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

Because the venue provisions of 42 U.S.C. § 2000e-5(f)(3) set forth the exclusive venue for Title VII claims, the only proper venue for Plaintiff's claims is the Middle District of Georgia, Athens Division, where Plaintiff's employment records are likely held and the alleged adverse employment action occurred. See Pinson v. Rumsfeld, 192 Fed. App'x 811, 817 (11th Cir. 2006) (*per curiam*) ("The venue provisions of § 2000e-5(f)(3) were intended to be the exclusive venue provisions for Title VII employment discrimination actions . . . .") (citation omitted). Therefore, the Court **VACATES** its Order dated August 4, 2020, **TRANSFERS** this action to the Middle District of Georgia, Athens Division, and **DIRECTS** the Clerk to forward the file to that District.

SO ORDERED this 6th day of August, 2020, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA